Richard A. Clapp, Marianne O. Knudson, Pearson & Christensen, Grand Forks, ND, for Appellee.

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Peter John Grzeskowiak appeals the district court's[1] adverse grant of summary judgment in this diversity lawsuit removed from state court. Grzeskowiak sued Geico Insurance (Geico) for breach of contract, fraud, and bad faith, alleging that Geico insured him when he was injured in a car accident, and refused to pay for all of his medical expenses and for his lost wages. He sought damages.

We affirm the grant of summary judgment. *See Bannister v. Bemis Co.*, 556 F.3d 882, 884–85 (8th Cir.2009) (de novo standard of review). Grzeskowiak failed to explain how Geico acted fraudulently, *see Stone v. Harry*, 364 F.3d 912, 914 (8th Cir.2004) (while pro se complaints are to be liberally construed, they must alleged sufficient facts to support claims advanced); and also failed to counter the evidence showing that there was no basis for his remaining claims, *see Binkley v. Entergy Operations, Inc.*, 602 F.3d 928, 931 (8th Cir.2010) (to survive summary judgment, non-moving party must present sufficient probative evidence of his claims to permit finding in his favor based on more than speculation or conjecture). Finally, we find no abuse of discretion in the district court's denial of Grzeskowiak's motion to recuse. *See Am. Prairie Constr. Co. v. Hoich*, 594 F.3d 1015, 1021–22 (8th Cir.2010) (judge is presumed impartial and

party seeking disqualification bears substantial burden of showing otherwise; party must show judge had disposition so extreme as to reflect clear inability to render fair judgment).

Accordingly, we affirm, *see* 8th Cir. R. 47B, and we also deny Grzeskowiak's pending motion.

Robert MAXWELL, Mr. G–Doffee, Appellant,

Princess M. Smith, Mrs. G–Doffee, Appellant,

v.

Ronald TALLEY, Sgt., Pulaski County Detention Facility (originally sued as Talley); Randy Johnson, Former Sheriff, Pulaski County Detention Facility; Charles Holladay, Sheriff, Pulaski County Detention Facility (originally sued as Doc Hollyday); Jackson Bennett, Deputy, Pulaski County Detention Facility (originally sued as Bennett); Kerry Edmonson, Deputy, Pulaski County Detention Facility (originally sued as Elmerson), Defendants—Appellees,

Samuel Wyatt, Deputy, Pulaski County Detention Facility (originally sued as Wyatt), Defendant,

Cherry Comic, Deputy, Pulaski County Detention Facility (originally sued as Comic), Defendant—Appellee,

---

1. The Honorable Ralph R. Erickson, Chief Judge, United States District Court for the District of North Dakota.

Mauricio Gatica, Deputy, Pulaski County Detention Facility (originally sued as Gartica), Defendant,

Lee Berry, Lt., Pulaski County Detention Facility (originally sued as Berry); Wesley Barnett, Sgt., Pulaski County Detention Facility (originally sued as Burnett); Stephanie Gaines, Deputy, Pulaski County Detention Facility (originally sued as Goings), Defendant—Appellees,

Fugerson, Mrs., Commissary Manager, Pulaski County Detention Facility, Defendant,

Jackie Marshall, Commissary Personnel, Pulaski County Detention Facility, Defendant–Appellee,

Jeania Armstrong, Mrs., Commissary Personnel, Pulaski County Detention Facility (originally sued as Armstrong), Defendant,

Shawn Smith, Major, Pulaski County Detention Facility (originally sued as Smith); Toni Rose, Sgt. Pulaski County Detention Facility (originally sued as Rose); Kelly Paxson, Lt., Pulaski County Detention Facility (originally sued as Paxxon); Eugene Rouse, Lt., Pulaski County Detention Facility (originally sued as Rawls), Defendants—Appellees,

Ebony Mance, Deputy, Pulaski County Detention Facility (originally sued as Mance), Defendant,

Juwanna Sturd, Sgt., Pulaski County Detention Facility (originally sued as Strud); Bobbie Townsend, Lt., Pulaski County Detention Facility (originally sued as Townsend); Michelle Bailey, Ms., Pulaski County Detention Facility (originally sued as Bailey);

Sarah Speer, Medical Provider Manager, Pulaski County Detention Facility (originally sued as Sara Speer), Defendants—Appellees,

Gerald Kirk, Deputy, Pulaski County Detention Facility (originally sued as Kirk), Defendant,

Linda Daniels, Deputy, Pulaski County Detention Facility (originally sued as Daniels); Michael Hagerty, Deputy, Pulaski County Detention Facility (originally sued as Hagerty); Eugene Lavigne, Deputy, Pulaski County Detention Facility (originally sued as Laveighn); Charles Sprankle, Deputy, Pulaski County Detention Facility (originally sued as Sprankle); Anita Moss, Deputy, Pulaski County Detention Facility (originally sued as Moss); Anita Nickleberry, Deputy, Pulaski County Detention Facility (originally sued as Nichole Berry); Bobby Green, Deputy, Pulaski County Detention Facility (originally sued as Green); Judy Pressley, Deputy, Pulaski County Detention Facility (originally sued as Preseley); Rochron Thompson, Deputy, Pulaski County Detention Facility (originally sued as Thompson); Richard McAnally, Deputy, Pulaski County Detention Facility (originally sued as McAnnally); Vance Rice, Deputy, Pulaski County Detention Facility (originally sued as Rice); James Fencer, Deputy, Pulaski County Detention Facility (originally sued as Fencer); Carolyn Redmon, Sgt., Pulaski County Detention Facility (originally sued as Redmon); Gail Long, Sgt., Pulaski County Detention Facility (originally sued as Long); Verochia Peters, Captain, Pulaski County Detention Facility (originally sued as Peters); Vivalon Nelson, Lt., Pulaski County Detention Facility (originally sued as Nelson/Wimberly), Defendants—Appellees,

Harris, Deputy, Pulaski County Detention Facility, Defendant,

Sylvia Willis, Deputy, Pulaski County Detention Facility (originally sued as Willis); Mae Wright, Deputy, Pulaski County Detention Facility (originally sued as Wright), Defendants—Appellees,

Allen, Deputy, Pulaski County Detention Facility, Defendant,

Jason Blalock, Sgt., Pulaski County Detention Facility (originally sued as Blaylock); Charles Patillo, Deputy, Pulaski County Detention Facility (originally sued as Petillo); Jennifer Karschner, Deputy, Pulaski County Detention Facility (originally sued as Keshner); George Clarke, Deputy, Pulaski County Detention Facility (originally sued as Clark); Matthew Briggs, Sgt., Pulaski County Detention Facility (originally sued as Briggs); Russell Houda, Deputy, Pulaski County Detention Facility (originally sued as Hoda); Ralph McCray, Sgt., Pulaski County Detention Facility (originally sued as McCray); Debra Adams, Deputy, Pulaski County Detention Facility (originally sued as Adams); William Stricklin, Sgt., B–Shift, Pulaski County Detention Center (originally sued as Stricklen), Defendants—Appellees,

Elizabeth Crouch, Deputy B–Shift, Pulaski County Detention Center (originally sued as Crouch), Defendant,

Kala Cherry, Deputy A–Shift, Pulaski County Detention Center (originally sued as Cherry); Andrea Russell, Deputy A–Shift, Pulaski County De-

tention Center (originally sued as Russle); Willie Owens, Deputy, Transportation, Pulaski County Detention Center (originally sued as Owens), Defendants—Appellees,

Hughes, Deputy, Transportation, Pulaski County Detention Center, Defendant,

Miles Gilbert; Lewis Gilbert; Jason Jackson; Carl Jackson; Jonathen Smith, Defendants—Appellees,

Earl Smith, Defendant,

Rhonda Jones, Defendant—Appellee,

Rosie Jones, Defendant,

Dedra Hoof, Lynnwood Robinson; Diane Green; Alvronia Robinson; Elbert Lewis; Theodore Lewis; Petra Lewis; Sondra Lewis; Arthria Moore, Defendants—Appellees,

John Williams, Defendant.

No. 10–3096.

United States Court of Appeals, Eighth Circuit.

Submitted: June 22, 2011.

Filed: June 28, 2011.

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Inmates Robert Maxwell and Princess Smith appeal the district court's[1] dismissal

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth

of their 42 U.S.C. § 1983 lawsuit following an evidentiary hearing. Upon careful review of the record and of appellants' arguments, *see Choate v. Lockhart,* 7 F.3d 1370, 1373 & n. 1 (8th Cir.1993) (reviewing factual findings for clear error, and legal conclusions de novo), we find no basis for reversal. Because it would have been impossible for Ms. Smith to exhaust her claim against defendant Deputy Willie Owens before filing suit—as the incident with Mr. Owens had yet to occur-dismissal of this claim on exhaustion grounds was mandatory. *See Johnson v. Jones,* 340 F.3d 624, 627 (8th Cir.2003). Accordingly, we affirm, *see* 8th Cir. R. 47B, but we amend the dismissal of Ms. Smith's claim against Mr. Owens to be without prejudice.

Deere, United States Magistrate Judge for the Eastern District of Arkansas.